# UNITED STATES BANKRUPTCY COURT

### FOR THE

### EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

In the Matter of:

    MARY P ANDERSON                                    Chapter 13
            Debtor

                                                 Case No.  17-13384-KHK

### ORDER CONFIRMING MODIFIED PLAN

      The Modified Chapter 13 Plan filed by Mary P Anderson on October 2, 2019, having been transmitted to all creditors; and it having been determined that the plan meets each of the requirements of 11 U.S.C. Section 1325(a);

**It is ORDERED that:**
    (1)    the Plan as filed or modified is CONFIRMED.
    (2)    Upon entry of this order, all property of the estate shall revest in the Debtor(s). Notwithstanding such revesting, the Debtor(s) shall not encumber, refinance, sell or otherwise convey real property without first obtaining an order of approval from this Court.
    (3)    Beginning November 5, 2017, the Debtor has paid to date the total amount of $25,777.00, and beginning October 5, 2019, and each month thereafter until further order of this Court, the Debtor shall pay to the Trustee, Thomas P. Gorman at P.O. Box 1553, Memphis, TN 38101-1553 the sum of $1,710.00 per month for the remaining 33 months of the Plan in order to pay all creditors back at 100% of all allowed claims. Payments under said Plan to be completed within 55 months from the due date of the first payment in this case.
    (4)    The Debtor shall file all federal and state income tax returns on or before the due date, without extension, and provide the Trustee with signed copies of the returns within 7 days after they are filed and provide the Trustee such additional information as the Trustee may require for determination of the Debtor's disposable income.  Failure to timely comply with this provision shall be grounds for dismissal.
    (5)    Any lien avoidance actions(s) contemplated by Section 8(B) of the Plan must be made by the filing of an Adversary Proceeding no later than sixty(60) days from the date of the entry of this Order.
    (6)    The holder of each secured claim provided for in paragraphs 4A or 4D of the plan shall retain the lien securing such claim until the earlier of i) the payment of the underlying debt

determined under nonbankruptcy law or ii) discharge under section 1328 or iii) such lien is otherwise avoided by separate Court order entered in this case or associated adversary proceeding.  If this case is dismissed or converted without completion of the plan, such lien shall be retained by such holder to the extent recognized by applicable nonbankruptcy law.

Dated: Nov 8 2019

/s/ Klinette H. Kindred

Klinette H. Kindred
United States Bankruptcy Judge

Entered on Docket: November 8, 2019

Confirmation Recommended.

Seen and Agreed.

_/s/ Thomas P. Gorman_____
Bolger_____
Thomas P. Gorman
Chapter 13 Trustee
300 North Washington Street, Ste. 400
Alexandria, VA 22314
(703) 836-2226
VSB #26421

_/s/Richard O.

Richard O. Bolger, Esquire
Counsel for Debtor
10347 Democracy Lane
Fairfax, VA 22030-2505
(703) 383-9595

Local Rule 9022-1(C) Certification

The foregoing Order was endorsed by and/or served upon all necessary parties pursuant to Local Rule 9022-1(C).

/s/ Thomas P. Gorman_____
        Thomas P. Gorman, Chapter 13 Trustee

**PARTIES TO RECEIVE COPIES**

Mary P Anderson
Chapter 13 Debtor
12185 Waveland Street
Fairfax, VA 22033-5522


Richard Owen Bolger, Esq.
Attorney for Debtor
10347 Democracy Lane
Fairfax, VA 22030


Thomas P. Gorman
Chapter 13 Trustee
300 North Washington Street, Ste. 400
Alexandria, VA  22314