# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA

*Alexandria Division*

| | | |
|---|---|---|
| **In Re:** | * | Case No. 17-13384-KHK |
| | * | |
| MARY P. ANDERSON | * | |
| Debtor | * | Chapter 13 |
| | * | |

***

## NOTICE OF SUSPENSION OF PLAN PAYMENTS
## PER STANDING ORDER 20-12

COMES this day, the Debtor, and having certified to counsel for the debtor that she has adversely been financially impacted by the COVID-19 pandemic and gives notice of the suspension of her Chapter 13 plan payments for 3 calendar months starting in the month of May 2020.

The Plan shall be automatically extended by the number of months stated above for the suspension.

                                                  Mary P. Anderson

                                                  By Counsel

/s/ Richard Owen Bolger, Esq.
Richard Owen Bolger
Bolger Law Firm, PLLC
Attorney for Debtor
10347 Democracy Lane
Fairfax, VA 22030
Telephone: 703-383-9595


Seen and Agreed:


/s/ Thomas P. Gorman (by Richard Bolger with permission received via email)
Thomas P. Gorman Chapter 13 Trustee
300 N. Washington Street, Suite 400
Alexandria, VA 22314


Richard O. Bolger, Esquire
Bolger Law Firm, PLLC
10347 Democracy Lane
Fairfax, Virginia 22030
(703) 383-9595
VA Bar No. 22994